Per Curiam.
 

 [¶ 1] Mark Hebert appeals from a criminal judgment convicting him of tampering or damaging a public service. The district court found Hebert's conduct, by standing on or near railroad tracks, amounted to tampering with a public service. Hebert argues the district court misinterpreted the law and the conduct alleged could not have supported a conviction for tampering or damaging a public service. We agree, concluding
 
 State v. Jessee
 
 ,
 
 2018 ND 241
 
 ,
 
 919 N.W.2d 335
 
 , is dispositive of this appeal. We summarily reverse the district court's judgment under N.D.R.App.P. 35.1(b), concluding the evidence did not establish Hebert's presence on or near the tracks constituted tampering with tangible property.
 
 See
 

 Jessee
 
 , at ¶ 13 (tampering under N.D.C.C. § 12.1-21-06(1)(a) requires a change, alteration, or harmful conduct towards the tangible property of another).
 

 [¶ 2] Gerald W. VandeWalle, C.J.
 

 Lisa Fair McEvers
 

 Daniel J. Crothers
 

 Jerod E. Tufte
 

 Jon J. Jensen